**STATE of Missouri, Respondent,**

v.

**Sandrio DEJESUS–ANDUJAR,
Appellant.**

**No. WD 70348.**

Missouri Court of Appeals,
Western District.

April 27, 2010.

Matthew Ward, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Sandrio DeJesus–Andujar appeals his conviction by a jury of unlawful use of a weapon, section 571.030.1(4) RSMo, for which he was sentenced to four years' imprisonment. Affirmed. Rule 30.25(b).